UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9949-PA (AGR) | Date | June 18, 2012 |
|---|---|---|---|
| Title | Elizabeth Arden, Inc. v. The Merchant of Tennis, Inc., et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (In Chambers) CALL-IN INFORMATION FOR TELEPHONIC HEARING

Counsel are noticed of the call-in information for the **Telephonic Hearing** scheduled to take place on **Thursday, June 21, 2012 at 4:00 p.m.**  The call-in information for the hearing is as follows:

**Call-in Number:**   (213) 894-0800

**Meeting ID:**   1112#

**User Password:**   2750#

If counsel have any problems connecting to this call, please contact the Space and Facilities Help Desk at (213) 894-1400.

Counsel are ordered to appear telephonically on this date and time.


cc: The Parties

Initials of Preparer   mp