JAMES R. EVANS, JR. (BAR NO. 119712)      JS-6
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
jevans@fulbright.com

LEWIS S. ROSENBLOOM (*Pro Hac Vice*)
DAVID F. WENTZEL (*Pro Hac Vice*)
**WENTZEL LAW OFFICES**
53 W. Jackson Blvd., Suite 1215
Chicago, Illinois 60604
Telephone:  (312) 697-0500
Facsimile:   (312) 697-0505
lew@rosenbloom.com
dwentzel@wentzellaw.com
Attorneys for Plaintiff and Counterdefendant
ELIZABETH ARDEN, INC.

DAVID W. AFFELD (BAR NO. 123922)
GREGG D. ZUCKER (BAR NO. 166692)
**AFFELD GRIVAKES ZUCKER LLP (US)**
12400 Wilshire Blvd., Suite 1180
Los Angeles, California 90025
Telephone:  (310) 979-8700
Facsimile:   (310) 979-8701
dwa@agzlaw.com
gz@agzlaw.com

Attorneys for Defendant Jeff Green and
Defendants and Counterclaimants The
Merchant of Tennis, Inc. and U.S. Merchants
Financial Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ARDEN, INC., | Case No.:  2:10-CV-09949-PA-AGR |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| THE MERCHANT OF TENNIS, INC., U.S. MERCHANTS FINANCIAL GROUP, INC., and JEFF GREEN, | |
| Defendant. | |
| And Related Counterclaim. | |

DOCUMENT PREPARED
ON RECYCLED PAPER

52178419.3

[PROPOSED] ORDER OF DISMISSAL

1

2        The Court, having read and considered the parties' Joint Stipulation for

3   Dismissal, and finding grounds exist to enter an order thereon,

4        **IT IS HEREBY ORDERED** that the entire action, including all claims,

5   counterclaims, and parties to the action, is dismissed without prejudice.

6   Dated:
    August 2, 2012                          _____

7

8                                           PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28